Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 9, 2006









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 9, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01241-CV

____________

 

IN RE TEXAS A & M UNIVERSITY
SYSTEM, DR. WILLIAM J. MERRELL, 

DR.
WILLIAM EVANS, and DR. JAMES M. McCLOY, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 16, 2005, relators filed a
petition for writ of mandamus in this court. 
See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52.  In their petition, relators sought to have
this court compel the Honorable Susan Criss, presiding judge of the 212th
District Court in Galveston County, to modify an order signed September 27,
2005, enforcing a 1999 judgment in favor of the real party-in-interest, Leon
Luxemburg.  See Texas A & M Univ.
Sys. v. Luxemburg, 93 S.W.3d 410 (Tex. App.CHouston [14th Dist.] 2002, pet.
denied).  

Relators have not established that they are entitled to
mandamus relief.  Accordingly, we deny
relators= petition for writ of mandamus. 








 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 9, 2006.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson.